AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Eric Michael Payne<br>*Defendant* | Case No. 3:25-mj-0365<br><br>MAGISTRATE JUDGE SILVAIN |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Eric Michael Payne,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, §§ 846 and 841(b)(1)(A) (knowing and intentional conspiracy to possess with intent to distribute and to distribute controlled substances – namely, 400 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance)

Title 18, United States Code, § 1956(h) (conspiracy to transmit or transfer funds from a place in the United States to or through a place outside of the United States for with the intent to promote the carrying on of specified unlawful activity).

Date: 8/21/25

*Issuing officer's signature*

City and state: Dayton, Ohio

United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 21 Aug 25, and the person was arrested on *(date)* 22 Aug 25
at *(city and state)* Tipp City, OH.

Date: 22 Aug 25

*Arresting officer's signature*

Jordan Gwin, SA, FBI
*Printed name and title*